UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
RYAN, PAUL                          §    Case No. 10-52210
                                    §
              Debtor(s)             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Elizabeth C. Berg, Trustee_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 10-52210 | MB | Judge: MANUEL BARBOSA | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|---|
| Case Name: | RYAN, PAUL | | | Date Filed (f) or Converted (c): | 11/23/10 (f) |
| | | | | 341(a) Meeting Date: | 01/03/11 |
| For Period Ending: | 11/21/11 | | | Claims Bar Date: | 07/06/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2N245 Pearl Ave. Glen Ellyn, Ill. 60137 | 200,000.00 | 170,000.00 | | 170,000.00 | FA |
| 2. Location: 6N926 Irving Ave., Saint Charles IL 6017 | 170,000.00 | 0.00 | | 0.00 | FA |
| 3. Chase Bank St Charles, Ill. | 100.00 | 0.00 | | 0.00 | FA |
| 4. 3 bedrooms, living room, dining room, kitchen, 2 b | 1,750.00 | 0.00 | | 0.00 | FA |
| 5. Coin collection | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. Personal clothing | 180.00 | 0.00 | | 0.00 | FA |
| 7. 3 -12 gauge shotguns, police service revolver, 2 - | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Prudential Whole Life Policy | 0.00 | 0.00 | | 0.00 | FA |
| 9. Fidelity 401K | 11,000.00 | 0.00 | | 0.00 | FA |
| 10. Keith Logan | 15,000.00 | 0.00 | | 0.00 | FA |
| K. Logan filed for bankruptcy-not collectible | | | | | |
| 11. 2010 Chevrolert Camaro | 35,000.00 | 0.00 | | 0.00 | FA |
| 12. 2007 Mustang GT (Blown engine) | 5,000.00 | 0.00 | | 0.00 | FA |
| 13. 2000 Chevrolet Silverado w/ 195,000 | 1,200.00 | 0.00 | | 0.00 | FA |
| 14. 1997 Pontiac Firebird w/ 185,000 miles | 2,000.00 | 0.00 | | 0.00 | FA |
| 15. Rents - Pearl Avenue | 0.00 | 0.00 | | 4,174.00 | FA |
| Pearl Avenue - Monthly rental | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.58 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)    $446,230.00    $170,000.00    $174,174.58    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case 10-52210    Doc 37    Filed 12/09/11    Entered 12/09/11 10:40:02    Desc Main
            Document      Page 4 of 14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 10-52210    MB    Judge: MANUEL BARBOSA | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | RYAN, PAUL | Date Filed (f) or Converted (c): | 11/23/10 (f) |
| | | 341(a) Meeting Date: | 01/03/11 |
| | | Claims Bar Date: | 07/06/11 |

Initial Projected Date of Final Report (TFR): 03/01/12        Current Projected Date of Final Report (TFR): 03/01/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 10-52210 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | RYAN, PAUL | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4235  Money Market Account |
| Taxpayer ID No: | *******5895 | | | |
| For Period Ending: | 12/08/11 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/31/11 | 15 | Fish, Jack & Darlene<br>2N245 Pearl Avenue<br>Glen Ellyn IL 60137 | Pearl Avenue Rent -- April 2011 | 1222-000 | 950.00 | | 950.00 |
| 04/25/11 | 15 | Fish, Jack & Darlene<br>2N245 Pearl Avenue<br>Glen Ellyn IL 60137 | Pearl Avenue Rent - May 2011 | 1222-000 | 950.00 | | 1,900.00 |
| 04/29/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,900.01 |
| 05/31/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 1,900.03 |
| * 06/01/11 | 15 | Jack & Darlene Fish<br>2N245 Pearl<br>Glen Ellyn, IL 60137 | Pearl Avenue Rent - June 2011 | 1222-003 | 800.00 | | 2,700.03 |
| * 06/01/11 | 15 | Jack & Darlene Fish<br>2N245 Pearl<br>Glen Ellyn, IL 60137 | Pearl Avenue Rent - June 2011<br>Original deposit slip failed to print.(JMM)<br>Telephoned EPIQ and unable to  determine why due<br>to ongoing connection problem with firm's server<br>and computer.  Advised by EPIQ to reverse and start<br>over.  ECB  June 01, 2011, 02:05 pm | 1222-003 | -800.00 | | 1,900.03 |
| 06/01/11 | 15 | Fish, Jack & Darlene<br>2N245 Pearl Avenue<br>Glen Ellyn IL 60137 | Pearl Avenue Rent - June 2011 | 1222-000 | 800.00 | | 2,700.03 |
| 06/15/11 | | Transfer to Acct #*******4251 | Bank Funds Transfer<br>Transfer funds to pay cleaning to sell house.  ECB<br>June 15, 2011, 06:22 pm | 9999-000 | | 215.00 | 2,485.03 |
| 06/17/11 | 15 | Fish, Jack & Darlene<br>2N245 Pearl Avenue<br>Glen Ellyn IL 60137 | Rent - July 2011 | 1122-000 | 900.00 | | 3,385.03 |
| 06/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,385.05 |
| 07/08/11 | | Transfer to Acct #*******4251 | Bank Funds Transfer<br>Transfer to pay Cleaning Expenses (to Super Sonic) | 9999-000 | | 255.00 | 3,130.05 |
| 07/13/11 | | Transfer to Acct #*******4251 | Bank Funds Transfer | 9999-000 | | 275.00 | 2,855.05 |

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-52210 -MB | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | RYAN, PAUL | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******4235 Money Market Account |
| Taxpayer ID No: | *******5895 | | |
| For Period Ending: | 12/08/11 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/22/11 | 15 | Fish, Jack & Darlene<br>2N245 Pearl Avenue<br>Glen Ellyn IL 60137 | for basement cleaning-per approved proposal<br>Rent - August 2011 | 1122-000 | 574.00 | | 3,429.05 |
| 07/29/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 3,429.07 |
| 08/05/11 | | Transfer to Acct #*******4251 | Bank Funds Transfer | 9999-000 | | 275.00 | 3,154.07 |
| 08/19/11 | | Transfer to Acct #*******4251 | Pay Mark Minor for Septic Evaluation for Property. -JMM<br>Bank Funds Transfer<br>Transfer funds to pay Water Control Specialist for replacement of well pump, including muriatic acid flushing to remove mineral corrosion blocking removal of pump pipe (as allowed per Court order dated 9/1/11) | 9999-000 | | 3,100.00 | 54.07 |
| 08/31/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 54.09 |
| 09/26/11 | 1 | Attorneys Title Guranty Fund<br>1 S. Wacker Dr.,24th Floor<br>Chicago, IL 60606 | sale of real property | | 54,317.27 | | 54,371.36 |
| | | ADAM MAILLE & JESSICA HANSHUE | Memo Amount: 170,000.00<br>sale of real property | 1110-000 | | | |
| | | GMAC | Memo Amount: ( 94,239.47 )<br>Payoff of first mortgage | 4110-000 | | | |
| | | A. MAILLE & J. HANSHUE | Memo Amount: ( 4,900.00 )<br>Credits to buyers | 2500-000 | | | |
| | | BANKER, COLDWELL | Memo Amount: ( 10,200.00 )<br>Real Estate Broker Commission | 3510-000 | | | |
| | | CAMPANALE, ANTHONY | Memo Amount: ( 500.00 )<br>Document preparation fees | 2500-000 | | | |
| | | ATTORNEY TITLE GUARANTY FUND | Memo Amount: ( 501.97 )<br>MIsc. closing costs | 2500-000 | | | |
| | | DUPAGE COUNTY TREASURER | Memo Amount: ( 3,726.29 ) | 2500-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM2T4

Ver: 16.04e

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 10-52210 -MB | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | RYAN, PAUL | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******4235  Money Market Account |
| Taxpayer ID No: | *******5895 | | |
| For Period Ending: | 12/08/11 | Blanket Bond (per case limit): | $   100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | STUDNICKA & ASSOC. | Real Estate taxes  Memo Amount: ( 400.00 ) | 2500-000 | | | |
| | | ATTORNEY TITLE GUARANTY FUND | Survey  Memo Amount: ( 1,215.00 ) | 2500-000 | | | |
| | | | Title Policy | | | | |
| 09/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 54,371.39 |
| 10/31/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.46 | | 54,371.85 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 69.27 | 54,302.58 |
| 11/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.45 | | 54,303.03 |
| 12/06/11 | | Transfer to Acct #*******4251 | Bank Funds Transfer | 9999-000 | | 42.44 | 54,260.59 |
| | | | Tranfer funds to pay final Nicor bill as closing cost | | | | |

|  | | | |
|---|---|---|---|
| Memo Allocation Receipts: | 170,000.00 | | |
| Memo Allocation Disbursements: | 115,682.73 | | |
| Memo Allocation Net: | 54,317.27 | | |

| Account *******4235 | Balance Forward | 0.00 | | 0 | Checks | 0.00 |
|---|---|---|---|---|---|---|
| 8 | Deposits | 58,491.27 | | 1 | Adjustments Out | 69.27 |
| 8 | Interest Postings | 1.03 | | 6 | Transfers Out | 4,162.44 |
| | Subtotal | $   58,492.30 | | | Total | $   4,231.71 |
| 0 | Adjustments In | 0.00 | | | | |
| 0 | Transfers In | 0.00 | | | | |
| | Total | $   58,492.30 | | | | |

UST Form 101-7-TFR (5/1/2011) (Page: 7)

LFORM2T4

Ver: 16.04e

FORM 2

Page: 4

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 10-52210 -MB | |
| Case Name: | RYAN, PAUL | |
| Taxpayer ID No: | *******5895 | |
| For Period Ending: | 12/08/11 | |

| | | |
|---|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee | |
| Bank Name: | Bank of America, N.A. | |
| Account Number / CD #: | *******4251 Checking Account | |
| Blanket Bond (per case limit): | $ 100,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/15/11 | | Transfer from Acct #*******4235 | Bank Funds Transfer<br>Transfer funds to pay cleaning to sell house. ECB June 15, 2011, 06:22 pm | 9999-000 | 215.00 | | 215.00 |
| 06/15/11 | 001001 | Super Sonic Home Improvements<br>2600 Mark Carre Ct.<br>Lisle IL 60532 | Cleaning Supplies for Pearl Avenue<br>RE Listing | 2500-000 | | 140.00 | 75.00 |
| 06/15/11 | 001002 | Super Sonic Home Improvements<br>2600 Mark Carre Ct.<br>Lisle IL 60532 | Carpet - Ultra Violet Testing | 2500-000 | | 75.00 | 0.00 |
| 07/08/11 | | Transfer from Acct #*******4235 | Bank Funds Transfer<br>Transfer to pay Cleaning Expenses (to Super Sonic) | 9999-000 | 255.00 | | 255.00 |
| 07/08/11 | 001003 | Super Sonic Home Improvements<br>2600 Mark Carre Ct.<br>Lisle IL 60532 | Painting and Cleaning<br>Invoice #148 | 2500-000 | | 255.00 | 0.00 |
| 07/13/11 | | Transfer from Acct #*******4235 | Bank Funds Transfer<br>for basement cleaning-per approved proposal | 9999-000 | 275.00 | | 275.00 |
| * 07/13/11 | 001004 | Super Sonic Home Improvements<br>2600 Mark Carre Ct.<br>Lisle IL 60532 | Basement cleaning painting material | 2500-003 | | 255.00 | 20.00 |
| * 07/13/11 | 001004 | Super Sonic Home Improvements<br>2600 Mark Carre Ct.<br>Lisle IL 60532 | Basement cleaning painting material<br>void--check written in incorrect amount | 2500-003 | | -255.00 | 275.00 |
| 07/13/11 | 001005 | Super Sonic Home Improvements<br>2600 Mark Carre Ct.<br>Lisle IL 60532 | Basement cleaning painting material | 2500-000 | | 275.00 | 0.00 |
| 08/05/11 | | Transfer from Acct #*******4235 | Bank Funds Transfer<br>Pay Mark Minor for Septic Evaluation for Property. -JMM | 9999-000 | 275.00 | | 275.00 |
| 08/05/11 | 001006 | Mark Minor<br>Minor Environmental Inc. | Well & Septic Evaulation<br>2N245 Pearl Street | 2500-000 | | 275.00 | 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM2T4

Ver: 16.04e

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit B

| Case No: | 10-52210 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | RYAN, PAUL | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4251 Checking Account |
| Taxpayer ID No: | *******5895 | | | |
| For Period Ending: | 12/08/11 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/19/11 | | 730 Court of Birch, Unit 1<br>Vernon Hills, IL 60061<br>Transfer from Acct #*******4235 | Glen Ellyn, IL 60137<br>Seller's Expense per RE Contract<br>Bank Funds Transfer | 9999-000 | 3,100.00 | | 3,100.00 |
| 08/19/11 | 001007 | Water Control Specialists | Transfer funds to pay Water Control Specialist for replacement of well pump, including muriatic acid flushing to remove mineral corrosion blocking removal of pump pipe (as allowed per Court order dated 9/1/11)<br>Removal and Replacement - Well Pump<br>Including acid flushing to unclog well pipe | 2990-000 | | 3,100.00 | 0.00 |
| 12/06/11 | | Transfer from Acct #*******4235 | Bank Funds Transfer | 9999-000 | 42.44 | | 42.44 |
| 12/06/11 | 001008 | Nicor Gas<br>P.O. Box 632<br>Aurora IL 60507-0632 | Tranfer funds to pay final Nicor bill as closing cost<br>Final Bill<br>2N245 Pearl Ave, Glen Ellyn<br>Acct 94-45-02-1000 | 2500-000 | | 42.44 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | Account *******4251 | Balance Forward | 0.00 | |
| Memo Allocation Disbursements: | 0.00 | 0 Deposits | 0.00 | 9 Checks | 4,162.44 |
| | | 0 Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| Memo Allocation Net: | 0.00 | | | 0 Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | | |
| | | | | Total | $ 4,162.44 |
| | | 0 Adjustments In | 0.00 | | |
| | | 6 Transfers In | 4,162.44 | | |
| | | Total | $ 4,162.44 | | |

FORM 2

Page: 6

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-52210 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | RYAN, PAUL | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4251  Checking Account |
| Taxpayer ID No: | *******5895 | | | |
| For Period Ending: | 12/08/11 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| | | Report Totals | Balance Forward | 0.00 | |
| Total Allocation Receipts: | 170,000.00 | 8 | Deposits | 58,491.27 | 9 Checks 4,162.44 |
| Total Allocation Disbursements: | 115,682.73 | 8 | Interest Postings | 1.03 | 1 Adjustments Out 69.27 |
| | | | | | 6 Transfers Out 4,162.44 |
| Total Memo Allocation Net: | 54,317.27 | | Subtotal | $ 58,492.30 | Total $ 8,394.15 |
| | | 0 | Adjustments In | 0.00 | |
| | | 6 | Transfers In | 4,162.44 | |
| | | | Total | $ 62,654.74 | Net Total Balance $ 54,260.59 |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 08, 2011 |
|---|---|---|---|---|---|---|

Case Number: 10-52210  
Debtor Name: RYAN, PAUL  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 999<br>2990-00 | Water Control Specialists<br>Attn: Lee Leeper<br>Crystal Lake, IL | Administrative | | $3,100.00 | $3,100.00 | $0.00 |
| 001<br>3110-00 | Baldi Berg & Wallace<br>19 S. LaSalle St.  #1500<br>Chicago  IL  60603 | Administrative | | $9,460.50 | $0.00 | $9,460.50 |
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St.  #1500<br>Chicago  IL  60603 | Administrative | | $11,195.00 | $0.00 | $11,195.00 |
| 001<br>3410-00 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago  IL  60601 | Administrative | | $1,102.50 | $0.00 | $1,102.50 |
| 999<br>2500-00 | Nicor Gas<br>P.O. Box 632<br>Aurora  IL  60507-0632 | Administrative | | $42.44 | $42.44 | $0.00 |
| 000001<br>070<br>7100-00 | American InfoSource LP as agent for<br>Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $32,487.79 | $0.00 | $32,487.79 |
| 000002<br>070<br>7100-00 | Capital One, N.A.<br>Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Unsecured | | $361.63 | $0.00 | $361.63 |
| 000003<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $1,512.67 | $0.00 | $1,512.67 |
| | Case Totals: | | | $59,262.53 | $3,142.44 | $56,120.09 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

                                                                                                                                               Exhibit D

Case No.: 10-52210
Case Name: RYAN, PAUL
Trustee Name: Elizabeth C. Berg, Trustee

       Balance on hand                                                              $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |
| Other: Nicor Gas | $ | $ | $ |
| Other: Water Control Specialists | $ | $ | $ |

       Total to be paid for chapter 7 administrative expenses                $_____
       Remaining Balance                                                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for Citibank N.A. | $ | $ | $ |
| 000002 | Capital One, N.A. | $ | $ | $ |
| 000003 | Chase Bank USA, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE