**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
RYAN, PAUL                          §   Case No. 10-52210
                                    §
          Debtor(s)                 §

**AMENDED NOTICE OF FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Kenneth S. Gardner
        Clerk of the U.S. Bankruptcy Court
        219 S. Dearborn, 7th Floor
        Chicago, Illinois 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

        10:00 a.m.
        on Thursday, February 9, 2012
        in Courtroom 250 of the Kane County Courthouse
        100 South 3rd Street, Geneva, Illinois

    If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth S. Gardner_____

*Elizabeth C. Berg, Trustee*
*19 S, LaSalle Street #1500*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| RYAN, PAUL | § | Case No. 10-52210 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 174,175.03 |
| and approved disbursements of | $ | 119,914.44 |
| leaving a balance on hand of[1] | $ | 54,260.59 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 11,195.00 | $ 0.00 | $ 11,195.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace | $ 9,460.50 | $ 0.00 | $ 9,460.50 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 1,102.50 | $ 0.00 | $ 1,102.50 |
| Other: Nicor Gas | $ 42.44 | $ 42.44 | $ 0.00 |
| Other: Water Control Specialists | $ 3,100.00 | $ 3,100.00 | $ 0.00 |

| | | |
| --- | --- | --- |
| Total to be paid for chapter 7 administrative expenses | $ | 21,758.00 |
| Remaining Balance | $ | 32,502.59 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,362.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 94.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for Citibank N.A. | $ 32,487.79 | $ 0.00 | $ 30,729.72 |
| 000002 | Capital One, N.A. | $ 361.63 | $ 0.00 | $ 342.06 |
| 000003 | Chase Bank USA, N.A. | $ 1,512.67 | $ 0.00 | $ 1,430.81 |
| | Total to be paid to timely general unsecured creditors | | $ | 32,502.59 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
Elizabeth C. Berg, Trustee

*Elizabeth C. Berg, Trustee*
*19 S, LaSalle Street #1500*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                        Case No. 10-52210-MB
Paul Ryan                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal           Page 1 of 2                Date Rcvd: Jan 12, 2012
                              Form ID: pdf006          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2012.
```
db           +Paul Ryan,    6N926 Irving Ave.,    Saint Charles, IL 60174-6410
aty          +Baldi Berg & Wallace, Ltd,    19 S LaSalle St.,,    Suite 1500,    Chicago, IL 60603-1413
16459916     +American Eagle,    556 Randall Rd.,    South Elgin, IL 60177-3315
17542480      American InfoSource LP as agent for Citibank N.A.,     PO Box 248840,
               Oklahoma City, OK 73124-8840
16459917      Apex Financial Management, LLC,    Chase Bank,    1120 W Lake Cook Rd, Suite A,
               Buffalo Grove, IL 60089-1970
16459918     +Bank of America,    PO 650070,   Dallas, TX 75265-0070
16459919     +Blitt & Gaines,    661 W. Glenn Avenue,    Wheeling, IL 60090-6017
17190107     +Capital One, N.A.,    Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
16459920      Chase Auto Finance,    PO Box 9001801,   Louisville, KY 40290-1801
16459921      Chase Bank,    Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
17198578      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16459922      CitiBank,    PO Box 6500,   Sioux Falls, SD 57117-6500
16459923     +Codilis & Associates, P.C.,    15W030 N Frontage Road,    Suite 100,    Burr Ridge, IL 60527-6921
16459925      First National Bank of Rochelle,    PO Box 49,   Rochelle, IL 61068-0049
16459926     +GMAC,   3451 Hammond Ave.,    Waterloo, IA 50702-5300
16459927      Kane County Treasurer,    PO Box 4025,   Geneva, IL 60134-4025
16459929     +Porte Brown LLC,    845 Oakton Street,   attn: Accts Receivable,
               Elk Grove Village, IL 60007-1904
16459930     +Progressive Management Systems,    1521 West Cameron Ave,    PO Box 2220,
               West Covina, CA 91793-2220
16459931     +Robert A. Chapski, LTD,    1815 Grandstand Place,    Elgin, IL 60123-4916
16459934     +Westgate Family Medicine,    3381 W. Main St., Suite 2,    St. Charles, IL 60175-1008
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17120312      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 13 2012 03:07:23
               American InfoSource LP as agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
               Oklahoma City, OK 73124-8840
16459924      E-mail/Text: collector@dupageco.org Jan 13 2012 02:02:52      DuPage County Tax Collector,
               PO Box 4203,   Carol Stream, IL 60197-4203
16459928      E-mail/PDF: cr-bankruptcy@kohls.com Jan 13 2012 03:30:24      Kohl's Payment Center,    PO Box 3004,
               Milwaukee, WI 53201-3004
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16459932      Sams Club,   Advantage Member
16459933      Sprint
                                                                                   TOTALS: 2, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 14, 2012                    Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: corrinal              Page 2 of 2                   Date Rcvd: Jan 12, 2012
                               Form ID: pdf006             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2012 at the address(es) listed below:
```
              Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com
              Elizabeth C Berg    on behalf of Trustee Elizabeth Berg ecberg@ameritech.net
              Michael J. Davis    on behalf of Debtor Paul Ryan mdavis@springerbrown.com,   davislaw80@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```