UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| RYAN, PAUL | § | Case No. 10-52210 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/Elizabeth C. Berg, Trustee_____
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American Eagle 556 Randall Rd. South Elgin, IL 60177 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO 650070 Dallas, TX 75265 | | | | | |
| | Chase Auto Finance PO Box 9001801 Louisville, KY 40290-1801 | | | | | |
| | GMAC 3451 Hammond Ave. Waterloo, IA 50704 | | | | | |
| | GMAC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERG, ELIZABETH | | | | | |
| A. MAILLE & J. HANSHUE | | | | | |
| ATTORNEY TITLE GUARANTY FUND | | | | | |
| ATTORNEY TITLE GUARANTY FUND | | | | | |
| CAMPANALE, ANTHONY | | | | | |
| DUPAGE COUNTY TREASURER | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MINOR | | | | | |
| NICOR GAS | | | | | |
| STUDNICKA & ASSOC. | | | | | |
| SUPER SONIC | | | | | |
| SUPER SONIC | | | | | |
| SUPER SONIC | | | | | |
| SUPER SONIC | | | | | |
| Bank of America, N.A. | | | | | |
| WATER CONTROL | | | | | |
| BALDI BERG & WALLACE | | | | | |
| POPOWCER | | | | | |
| BANKER, COLDWELL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DuPage County Tax Collector PO Box 4203 Carol Stream, IL 60197-4203 | | | | | |
| | Kane County Treasurer PO Box 4025 Geneva, IL 60134-4025 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Apex Financial Management, LLC Chase Bank 1120 W Lake Cook Rd, Suite A Buffalo Grove, IL 60089-1970 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Bank Cardmember Services PO Box 15153 Wilmington, DE 19886-5153 |  |  |  |  |  |
|  | Chase Bank Cardmember Services PO Box 15153 Wilmington, DE 19886-5153 |  |  |  |  |  |
|  | Chase Bank Cardmember Services PO Box 15153 Wilmington, DE 19886-5153 |  |  |  |  |  |
|  | Chase Bank Cardmember Services PO Box 15153 Wilmington, DE 19886-5153 |  |  |  |  |  |
|  | First National Bank of Rochelle PO Box 49 Rochelle, IL 61068-0049 |  |  |  |  |  |
|  | First National Bank of Rochelle PO Box 49 Rochelle, IL 61068-0049 |  |  |  |  |  |
|  | Kohl's Payment Center PO Box 2983 Milwaukee, WI 53201-2983 |  |  |  |  |  |
|  | Kohl's Payment Center PO Box 3004 Milwaukee, WI 53201-3004 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Porte Brown LLC 845 Oakton Street attn: Accts Receivable Elk Grove Village, IL 60007 | | | | | |
| | Robert A. Chapski, LTD 1815 Grandstand Place Elgin, IL 60123 | | | | | |
| | Sams Club Advantage Member | | | | | |
| | Sprint | | | | | |
| | Westgate Family Medicine 3381 W. Main St., Suite 2 St. Charles, IL 60175 | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002 | CAPITAL ONE, N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 10-52210 MB | Judge: MANUEL BARBOSA | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | RYAN, PAUL | | Date Filed (f) or Converted (c): | 11/23/10 (f) |
| | | | 341(a) Meeting Date: | 01/03/11 |
| For Period Ending: 06/07/12 | | | Claims Bar Date: | 07/06/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2N245 Pearl Ave. Glen Ellyn, Ill. 60137 | 200,000.00 | 170,000.00 | | 170,000.00 | FA |
| 2. Location: 6N926 Irving Ave., Saint Charles IL 6017 | 170,000.00 | 0.00 | | 0.00 | FA |
| 3. Chase Bank St Charles, Ill. | 100.00 | 0.00 | | 0.00 | FA |
| 4. 3 bedrooms, living room, dining room, kitchen, 2 b | 1,750.00 | 0.00 | | 0.00 | FA |
| 5. Coin collection | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. Personal clothing | 180.00 | 0.00 | | 0.00 | FA |
| 7. 3 -12 gauge shotguns, police service revolver, 2 - | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Prudential Whole Life Policy | 0.00 | 0.00 | | 0.00 | FA |
| 9. Fidelity 401K | 11,000.00 | 0.00 | | 0.00 | FA |
| 10. Keith Logan   K. Logan filed for bankruptcy-not collectible | 15,000.00 | 0.00 | | 0.00 | FA |
| 11. 2010 Chevrolert Camaro | 35,000.00 | 0.00 | | 0.00 | FA |
| 12. 2007 Mustang GT (Blown engine) | 5,000.00 | 0.00 | | 0.00 | FA |
| 13. 2000 Chevrolet Silverado w/ 195,000 | 1,200.00 | 0.00 | | 0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 10-52210 MB | Judge: MANUEL BARBOSA | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | RYAN, PAUL | | Date Filed (f) or Converted (c): | 11/23/10 (f) |
| | | | 341(a) Meeting Date: | 01/03/11 |
| | | | Claims Bar Date: | 07/06/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. 1997 Pontiac Firebird w/ 185,000 miles | 2,000.00 | 0.00 | | 0.00 | FA |
| 15. Rents - Pearl Avenue<br>Pearl Avenue - Monthly rental | 0.00 | 0.00 | | 4,174.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.45 | Unknown |
| TOTALS (Excluding Unknown Values) | $446,230.00 | $170,000.00 | | $174,175.45 | Gross Value of Remaining Assets<br>$0.00<br>(Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee listed and sold Debtor's non-homestead real estate (single family home); TR continued to lease to and collect
rents from tenants prior to sale; Received approximately $54,000 in net proceeds. Trustee prepared and filed Estate tax
returns; Trustee prepared TFR; final heaing is scheduled for 2/9/12

Initial Projected Date of Final Report (TFR): 03/01/12     Current Projected Date of Final Report (TFR): 03/01/12

/s/     Elizabeth C. Berg, Trustee
_____ Date: 06/07/12
ELIZABETH C. BERG, TRUSTEE

Exhibit B to TDR - Paul Ryan

Page: 1

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-52210 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | RYAN, PAUL | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4235 Money Market Account |
| Taxpayer ID No: | *******5895 | | | |
| For Period Ending: | 06/07/12 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 03/31/11 | 15 | Fish, Jack & Darlene<br>2N245 Pearl Avenue<br>Glen Ellyn IL 60137 | Pearl Avenue Rent -- April 2011 | 1222-000 | 950.00 | | 950.00 |
| C 04/25/11 | 15 | Fish, Jack & Darlene<br>2N245 Pearl Avenue<br>Glen Ellyn IL 60137 | Pearl Avenue Rent - May 2011 | 1222-000 | 950.00 | | 1,900.00 |
| C 04/29/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,900.01 |
| C 05/31/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 1,900.03 |
| * C 06/01/11 | 15 | Jack & Darlene Fish<br>2N245 Pearl<br>Glen Ellyn, IL 60137 | Pearl Avenue Rent - June 2011 | 1222-003 | 800.00 | | 2,700.03 |
| * C 06/01/11 | 15 | Jack & Darlene Fish<br>2N245 Pearl<br>Glen Ellyn, IL 60137 | Pearl Avenue Rent - June 2011<br>Original deposit slip failed to print.(JMM) Telephoned EPIQ and unable to determine why due to ongoing connection problem with firm's server and computer. Advised by EPIQ to reverse and start over. ECB June 01, 2011, 02:05 pm | 1222-003 | -800.00 | | 1,900.03 |
| C 06/01/11 | 15 | Fish, Jack & Darlene<br>2N245 Pearl Avenue<br>Glen Ellyn IL 60137 | Pearl Avenue Rent - June 2011 | 1222-000 | 800.00 | | 2,700.03 |

Page Subtotals  2,700.03  0.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Exhibit B to TDR - Paul Ryan

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-52210 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | RYAN, PAUL | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4235  Money Market Account |
| Taxpayer ID No: | *******5895 | | | |
| For Period Ending: | 06/07/12 | | Blanket Bond (per case limit): | $   100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  06/15/11 | | Transfer to Acct #*******4251 | Bank Funds Transfer<br>Transfer funds to pay cleaning to sell house. ECB June 15, 2011, 06:22 pm | 9999-000 | | 215.00 | 2,485.03 |
| C  06/17/11 | 15 | Fish, Jack & Darlene<br>2N245 Pearl Avenue<br>Glen Ellyn  IL  60137 | Rent - July 2011 | 1122-000 | 900.00 | | 3,385.03 |
| C  06/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,385.05 |
| C  07/08/11 | | Transfer to Acct #*******4251 | Bank Funds Transfer<br>Transfer to pay Cleaning Expenses (to Super Sonic) | 9999-000 | | 255.00 | 3,130.05 |
| C  07/13/11 | | Transfer to Acct #*******4251 | Bank Funds Transfer<br>for basement cleaning-per approved proposal | 9999-000 | | 275.00 | 2,855.05 |
| C  07/22/11 | 15 | Fish, Jack & Darlene<br>2N245 Pearl Avenue<br>Glen Ellyn  IL  60137 | Rent - August 2011 | 1122-000 | 574.00 | | 3,429.05 |
| C  07/29/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,429.07 |
| C  08/05/11 | | Transfer to Acct #*******4251 | Bank Funds Transfer<br>Pay Mark Minor for Septic Evaluation for Property. -JMM | 9999-000 | | 275.00 | 3,154.07 |
| C  08/19/11 | | Transfer to Acct #*******4251 | Bank Funds Transfer<br>Transfer funds to pay Water Control Specialist for replacement of well pump, including muriatic acid | 9999-000 | | 3,100.00 | 54.07 |

Page Subtotals      1,474.04      4,120.00

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-52210 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | RYAN, PAUL | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4235  Money Market Account |
| Taxpayer ID No: | *******5895 | | | |
| For Period Ending: | 06/07/12 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | flushing to remove mineral corrosion blocking removal of pump pipe (as allowed per Court order dated 9/1/11) | | | | |
| C  08/31/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 54.09 |
| C  09/26/11 | 1 | Attorneys Title Guranty Fund<br>1 S. Wacker Dr.,24th Floor<br>Chicago, IL 60606<br>ADAM MAILLE & JESSICA HANSHUE<br><br>GMAC<br><br>A. MAILLE & J. HANSHUE<br><br>BANKER, COLDWELL<br><br>CAMPANALE, ANTHONY<br><br>ATTORNEY TITLE GUARANTY FUND<br><br>DUPAGE COUNTY TREASURER<br><br>STUDNICKA & ASSOC.<br><br>ATTORNEY TITLE GUARANTY FUND | sale of real property<br><br>    Memo Amount:         170,000.00<br>sale of real property<br>    Memo Amount:    (      94,239.47 )<br>Payoff of first mortgage<br>    Memo Amount:    (       4,900.00 )<br>Credits to buyers<br>    Memo Amount:    (      10,200.00 )<br>Real Estate Broker Commission<br>    Memo Amount:    (         500.00 )<br>Document preparation fees<br>    Memo Amount:    (         501.97 )<br>MIsc. closing costs<br>    Memo Amount:    (       3,726.29 )<br>Real Estate taxes<br>    Memo Amount:    (         400.00 )<br>Survey<br>    Memo Amount:    (       1,215.00 )<br>Title Policy | <br><br>1110-000<br><br>4110-000<br><br>2500-000<br><br>3510-000<br><br>2500-000<br><br>2500-000<br><br>2500-000<br><br>2500-000<br><br>2500-000 | 54,317.27 | | 54,371.36 |
| C  09/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 54,371.39 |

Page Subtotals   54,317.32      0.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-52210 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | RYAN, PAUL | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4235  Money Market Account |
| Taxpayer ID No: | *******5895 | | | |
| For Period Ending: | 06/07/12 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  10/31/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.46 | | 54,371.85 |
| C  10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 69.27 | 54,302.58 |
| C  11/30/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.45 | | 54,303.03 |
| C  12/06/11 | | Transfer to Acct #*******4251 | Bank Funds Transfer<br>Tranfer funds to pay final Nicor bill as closing cost | 9999-000 | | 42.44 | 54,260.59 |
| C  12/29/11 | INT | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.42 | | 54,261.01 |
| C  12/29/11 | | Transfer to Acct #*******2590 | Bank Funds Transfer | 9999-000 | | 54,261.01 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 170,000.00 | COLUMN TOTALS | | 58,492.72 | 58,492.72 | 0.00 |
| Memo Allocation Disbursements: | 115,682.73 | Less: Bank Transfers/CD's | | 0.00 | 58,423.45 | |
| | | Subtotal | | 58,492.72 | 69.27 | |
| Memo Allocation Net: | 54,317.27 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 58,492.72 | 69.27 | |

Page Subtotals          1.33          54,372.72

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

Exhibit B to TDR - Paul Ryan

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-52210 -MB | |
| Case Name: | RYAN, PAUL | |
| Taxpayer ID No: | *******5895 | |
| For Period Ending: | 06/07/12 | |

| | | |
|---|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee | |
| Bank Name: | Bank of America, N.A. | |
| Account Number / CD #: | *******4251 Checking Account | |
| Blanket Bond (per case limit): | $ 100,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  06/15/11 | | Transfer from Acct #*******4235 | Bank Funds Transfer<br>Transfer funds to pay cleaning to sell house.  ECB<br>June 15, 2011, 06:22 pm | 9999-000 | 215.00 | | 215.00 |
| C  06/15/11 | 001001 | Super Sonic Home Improvements<br>2600 Mark Carre Ct.<br>Lisle IL 60532 | Cleaning Supplies for Pearl Avenue<br>RE Listing | 2500-000 | | 140.00 | 75.00 |
| C  06/15/11 | 001002 | Super Sonic Home Improvements<br>2600 Mark Carre Ct.<br>Lisle IL 60532 | Carpet - Ultra Violet Testing | 2500-000 | | 75.00 | 0.00 |
| C  07/08/11 | | Transfer from Acct #*******4235 | Bank Funds Transfer<br>Transfer to pay Cleaning Expenses (to Super Sonic) | 9999-000 | 255.00 | | 255.00 |
| C  07/08/11 | 001003 | Super Sonic Home Improvements<br>2600 Mark Carre Ct.<br>Lisle IL 60532 | Painting and Cleaning<br>Invoice #148 | 2500-000 | | 255.00 | 0.00 |
| C  07/13/11 | | Transfer from Acct #*******4235 | Bank Funds Transfer<br>for basement cleaning-per approved proposal | 9999-000 | 275.00 | | 275.00 |
| * C  07/13/11 | 001004 | Super Sonic Home Improvements<br>2600 Mark Carre Ct.<br>Lisle IL 60532 | Basement cleaning painting material | 2500-003 | | 255.00 | 20.00 |
| * C  07/13/11 | 001004 | Super Sonic Home Improvements | Basement cleaning painting material | 2500-003 | | -255.00 | 275.00 |
| | | | Page Subtotals | | 745.00 | 470.00 | |

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

Exhibit B to TDR - Paul Ryan

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-52210 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | RYAN, PAUL | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4251  Checking Account |
| Taxpayer ID No: | *******5895 | | | |
| For Period Ending: | 06/07/12 | | Blanket Bond (per case limit): | $   100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 2600 Mark Carre Ct.<br>Lisle IL 60532 | void--check written in incorrect amount | | | | |
| C  07/13/11 | 001005 | Super Sonic Home Improvements<br>2600 Mark Carre Ct.<br>Lisle IL 60532 | Basement cleaning painting material | 2500-000 | | 275.00 | 0.00 |
| C  08/05/11 | | Transfer from Acct #*******4235 | Bank Funds Transfer<br>Pay Mark Minor for Septic Evaluation for Property. -JMM | 9999-000 | 275.00 | | 275.00 |
| C  08/05/11 | 001006 | Mark Minor<br>Minor Environmental Inc.<br>730 Court of Birch, Unit 1<br>Vernon Hills, IL 60061 | Well & Septic Evauation<br>2N245 Pearl Street<br>Glen Ellyn, IL 60137<br>Seller's Expense per RE Contract | 2500-000 | | 275.00 | 0.00 |
| C  08/19/11 | | Transfer from Acct #*******4235 | Bank Funds Transfer<br>Transfer funds to pay Water Control Specialist for replacement of well pump, including muriatic acid flushing to remove mineral corrosion blocking removal of pump pipe (as allowed per Court order dated 9/1/11) | 9999-000 | 3,100.00 | | 3,100.00 |
| C  08/19/11 | 001007 | Water Control Specialists | Removal and Replacement - Well Pump<br>Including acid flushing to unclog well pipe | 2990-000 | | 3,100.00 | 0.00 |
| C  12/06/11 | | Transfer from Acct #*******4235 | Bank Funds Transfer<br>Tranfer funds to pay final Nicor bill as closing cost | 9999-000 | 42.44 | | 42.44 |

Page Subtotals        3,417.44        3,650.00

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

Exhibit B to TDR - Paul Ryan

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-52210 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | RYAN, PAUL | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4251 Checking Account |
| Taxpayer ID No: | *******5895 | | | |
| For Period Ending: | 06/07/12 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  12/06/11 | 001008 | Nicor Gas<br>P.O. Box 632<br>Aurora  IL  60507-0632 | Final Bill<br>2N245 Pearl Ave, Glen Ellyn<br>Acct  94-45-02-1000 | 2500-000 | | 42.44 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 4,162.44 | 4,162.44 | | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 4,162.44 | 0.00 | | |
| | | Subtotal | 0.00 | 4,162.44 | | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | | |
| | | Net | 0.00 | 4,162.44 | | |

Page Subtotals      0.00      42.44

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

Exhibit B to TDR - Paul Ryan

Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-52210 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | RYAN, PAUL | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2590  Checking Account |
| Taxpayer ID No: | *******5895 | | | |
| For Period Ending: | 06/07/12 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  12/29/11 | | Transfer from Acct #*******4235 | Bank Funds Transfer | 9999-000 | 54,261.01 | | 54,261.01 |
| C  02/13/12 | 003001 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St. #1500<br>Chicago  IL  60603 | Trustee Final Compensation | 2100-000 | | 11,195.00 | 43,066.01 |
| C  02/13/12 | 003002 | Baldi Berg & Wallace<br>19 S. LaSalle St. #1500<br>Chicago  IL  60603 | Attorney for Trustee Fees (Trustee | 3110-000 | | 9,460.50 | 33,605.51 |
| C  02/13/12 | 003003 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago  IL  60601 | Accountant for Trustee Fees (Other | 3410-000 | | 1,102.50 | 32,503.01 |
| C  02/13/12 | 003004 | American InfoSource LP as agent for Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Claim 000001, Payment 94.59% | 7100-000 | | 30,730.11 | 1,772.90 |
| C  02/13/12 | 003005 | Capital One, N.A.<br>Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Claim 000002, Payment 94.59% | 7100-000 | | 342.06 | 1,430.84 |
| C  02/13/12 | 003006 | Chase Bank USA, N.A.<br>PO Box 15145 | Claim 000003, Payment 94.59% | 7100-000 | | 1,430.84 | 0.00 |

Page Subtotals    54,261.01    54,261.01

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

Case 10-52210 Doc 50 Filed 06/19/12 Entered 06/19/12 09:06:34 Desc Main
Document Page 19 of 19
Exhibit B to TDR - Paul Ryan

Page: 9
Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-52210 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | RYAN, PAUL | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2590 Checking Account |
| Taxpayer ID No: | *******5895 | | | |
| For Period Ending: | 06/07/12 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Wilmington, DE 19850-5145 | | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 54,261.01 | 54,261.01 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 54,261.01 | 0.00 | |
| | | Subtotal | 0.00 | 54,261.01 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 54,261.01 | |

| | | | NET | ACCOUNT |
| Total Allocation Receipts: | 170,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 115,682.73 | Money Market Account - ********4235 | 58,492.72 | 69.27 | 0.00 |
| | | Checking Account - ********4251 | 0.00 | 4,162.44 | 0.00 |
| Total Memo Allocation Net: | 54,317.27 | Checking Account - ********2590 | 0.00 | 54,261.01 | 0.00 |
| | | | ------------------------ | ------------------------ | ------------------------ |
| | | | 58,492.72 | 58,492.72 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 16.05c

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*